FRANKLIN LEE et al., Respondents, *v.* THE PITTSBURGH
  COAL AND MINING COMPANY, Appellant.

(Argued November 15, 1878; decided November 26, 1878.)

*Sherman S. Rogers* for appellant.

*M. A. Whitney* for respondents.

AGREE to affirm.   No opinion.
All concur.
Judgment affirmed.

---

BENJAMIN W. NOXON, Appellant, *v.* JOHN PECK et al.,
  Executors, etc., Respondents.

(Argued November 20, 1878; decided December 3, 1878.)

*John M. Carroll* for appellant.

*Robert H. McClellan* for respondents.

AGREE to affirm on opinion below.
All concur.
Judgment affirmed.
  SICKELS — VOL. XXX.      76